**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **YAN CHEN** | **CASE NO. 6:26-CV-1454 SEC P** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **SCOTT LADWIG, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. Petitioner has been deported.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 19th day of October 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**